**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:21-cv-00456-NYW

PREFERRED CONTRACTORS INSURANCE COMPANY, RRG,
a Montana Limited Liability Company,

      Plaintiff,

v.

MICHAEL HAMILTON, a Colorado resident;
CAROL BOGGIS, a Colorado resident;
NAB, LLC D/B/A BUILDSMART FORT COLLINS, a Colorado Limited Liability Company;
ANTHONY BAETTI, a Colorado resident;
COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation;

      Defendants.

---

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING CONFERENCE**

---

Plaintiff, Preferred Contractors Insurance Company, RRG ("PCIC"), by and through counsel and pursuant to D.C.COLO.LCivR 40.2(b), hereby notifies the Court that the parties have reached settlement, thereby resolving this matter in full.

Upon successful negotiation of the Settlement and Release Agreement and exchange of settlement proceeds, PCIC will file a Stipulated Notice of Voluntary Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which will be executed by all parties that have appeared.

The Court currently has a Scheduling Conference set for April 20, 2021, at 1:30 p.m. Because a settlement has been reached, the parties respectfully request that the Court vacate the Scheduling Conference such that neither the parties nor the Court have to waste time and resources complying with pre-Scheduling Conference deadlines (Magistrate Consent, drafting a proposed Scheduling Order and exchanging Initial Disclosures).  Vacating the Scheduling Conference will allow the parties to focus on finalizing the Settlement and Release Agreement and subsequently filing dismissals in an expedient manner.

Respectfully submitted this 22nd day of March, 2021.

By: */s/ Todd E. Jaworsky*
Todd E. Jaworsky
Cody W. Goings
McElroy, Deutsch, Mulvaney & Carpenter, LLP
5600 South Quebec Street, Suite C100
P.O. Box 4467
Englewood, CO  80155-4467
Telephone:     (303) 293-8800
Facsimile:      (303) 839-0036
E-Mail: tjaworsky@mdmc-law.com
             cgoings@mdmc-law.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I further certify that on this 22nd day of March, 2021, a true and correct copy of the foregoing Notice of Settlement was electronically filed with the Clerk of Court and served to all parties of record using the CM/ECF system:

            By: */s/ Todd E. Jaworsky*
            Todd E. Jaworsky
            Cody Goings
            McElroy, Deutsch, Mulvaney & Carpenter, LLP
            5600 South Quebec Street, Suite C100
            P.O. Box 4467
            Englewood, CO  80155-4467
            Telephone: (303) 293-8800
            Facsimile: (303) 839-0036
            E-Mail: tjaworsky@mdmc-law.com
               cgoings@mdmc-law.com
            *Attorneys for Plaintiff*